1  J. DAVID HADDEN (CSB No. 176148)
   dhadden@fenwick.com
2  SAINA S. SHAMILOV (CSB No. 215636)
   sshamilov@fenwick.com
3  RAVI R. RANGANATH (CSB No. 272981)
   rranganath@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA  94041
6  Telephone:     650.988.8500
   Facsimile:     650.938.5200
7
   TODD R. GREGORIAN (CSB No. 236096)
8  tgregorian@fenwick.com
   FENWICK & WEST LLP
9  555 California Street
   San Francisco, CA 94104
10 Telephone:     415.875.2300
   Facsimile:     415.281.1350
11
   Attorneys for AMAZON.COM, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 AMAZON.COM, INC.,                    Case No.: 3:19-cv-07474-WHO

17              Plaintiff,              **JOINT STIPULATION AND ORDER OF
                                        DISMISSAL WITH PREJUDICE**
18      v.
                                        Judge: William H. Orrick
19 SONOHM LICENSING LLC,

20              Defendant.

|   |   |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by Amazon.com, Inc. ("Amazon") and Sonohm Licensing, LLC ("Sonohm") by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rules of Civil Procedures 41(a)(1), all claims in this action between Amazon and Sonohm are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs |

February 14, 2020                    FENWICK & WEST LLP

By: /s/ *Todd R. Gregorian*
    J. David Hadden
    Saina S. Shamilov
    Ravi R. Ranganath
    Todd R. Gregorian

*Counsel for Amazon.com, Inc.*

February 14, 2020                    BUDO LAW P.C.

By: /s/ *Kirk J. Anderson*
    Kirk J. Anderson

*Counsel for Sonohm Licensing LLC.*

**ATTESTATION OF SIGNATURES**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

By:  /s/ *Todd R. Gregorian*

**ORDER**

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

Dated:   February 18, 2020

_____
The Honorable William H. Orrick
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW

JOINT STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE           3